

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clinton Thinn | Civil Action No.  22cv0002-LAB(VET) |
| **Petitioner,** | |
| V. | |
| Raybon Johnson, Warden; Rob Bonta | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court denies Thinn's Petition for a Writ of Habeas Corpus and denies a certificate of appealability.

Date:      4/19/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman

R. Chapman, Deputy